AUSA:  Christopher Rawsthorne        Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint    Special Agent:  Danielle Santia        Telephone:  (586) 412-0152

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
            v.

Mason Alexander Rewitzer

Case No.  Case: 2:22−mj−30046
Assigned To : Unassigned
Assign. Date : 1/31/2022
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 2020 through November 17, 2021  in the county of        Macomb        in the
        Eastern        District of        Michigan        , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B) | Receipt, distribution, and possession of child pornography |
| 18 U.S.C. § 2261A(2)(B) | Cyberstalking |
| 18 U.S.C. § 875(c) | Threats in interstate commerce |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Danielle A. Santia, Special Agent (FBI)
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:    January 31, 2022

City and state:  Detroit, Michigan

_Judge's signature_

Hon. Kimberly G. Altman, United States Magistrate Judge
_Printed name and title_

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT<br/>AND ARREST WARRANT</u>

I, Danielle A. Santia, Special Agent (SA) of the Federal Bureau of Investigation (FBI), currently assigned to the Detroit Division, Macomb County Resident Agency, Clinton Township, Michigan, being duly sworn, depose and state as follows:

## INTRODUCTION

1.      I have been employed with the FBI for approximately 17 years and am currently a Special Agent of the FBI.  I have been a Special Agent for approximately 11 years and have investigated multiple federal criminal violations related to child exploitation and child pornography.  During the course of these investigations, my duties included writing search warrants, complains and arrest warrants, participating in the execution of search warrants, the collection of evidence, interviewing subjects and witnesses of these cases, and testifying at various court proceedings in Federal Court and Michigan State Court.  I have been trained in the investigation of computer crimes and the use of computers to store, transmit, print, and produce child pornography.  To date, I have either conducted or participated in over 300 child exploitation investigations.

2.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for MASON ALEXANDER REWITZER for violations of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B), receipt,

1

distribution, and possession of child pornography, 18 U.S.C. § 2261A(2)(B),

relating to cyberstalking, and 18 U.S.C. § 875(c), threats in interstate commerce.

3.      The statements contained in this affidavit are based in part on

information provided by U.S. federal law enforcement agents, written reports about

this and other investigations that I have received, directly or indirectly, from other

law enforcement agents, information gathered from investigative sources of

information, and my experience, training and background as a Special Agent.

4.      Because this affidavit is being submitted for the limited purpose of

securing a criminal complaint, I have not included every fact known to me

concerning this investigation.  I have set forth only the facts that I believe are

necessary to establish probable cause to believe MASON ALEXANDER

REWITZER has violated the above-referenced statutes.

## SUMMARY OF INVESTIGATION

5.      Through an investigation conducted by the FBI, Macomb County

Resident Agency, on November 17, 2021, a federal search warrant was executed at

MASON ALEXANDER REWITZER's residence in Lenox, Michigan.  The search

warrant was obtained based on information that led investigators to believe that

REWITZER was associated with an email connected to a Kik account that was

used to receive, view, and distribute child pornography.

6.      In 2020, an Online Covert Employee (OCE) with the Winnebago (Wisconsin) County Sheriff's Office initiated a proactive undercover investigation using Kik Messenger.  The OCE entered public groups that appeared to have been set up for individuals interested in child sexual abuse material.  From these groups, the OCE was then added to private groups within Kik.  The email ******4401@gmail.com was linked with the Kik account "Diglers****." Both the email and Kik account were associated with MASON ALEXANDER REWITZER, who was a member of one of these private groups and had access to these shared images and videos.

7.      On November 6, 2020, the Kik account "Diglers****" transmitted a video of child sexual abuse material in the private group.  The video depicts a clothed prepubescent female approximately 10-12 years of age.  The prepubescent female then removes her clothing, exposing her vagina and anus to the camera. The now nude prepubescent female starts to touch her exposed vagina on camera. The camera view changes, and it zooms in to the nude prepubescent female inserting her fingers into her vagina.

8.      Through administrative subpoenas, law enforcement was able to determine the Kik account, "Diglers****" was associated with "Mason Jurrson." Administrative subpoenas were also used to determine the IP address used to

distribute the above-mentioned child pornography video on Kik.  The IP address came back to the residence of MASON ALEXANDER REWITZER.

9.     In September 2020, the Northern Michigan University Police Department (NMUPD) initiated a separate investigation related to cyberstalking. Adult Victim 1 (AV-1) received unsolicited sexually explicit messages from an unknown individual.  These messages caused her substantial emotional and physical distress.

10.     In August 2020, AV-1 received SnapChat messages from an unknown phone number that read, "Damn girl.  I was just trying to tell you you're sexy. Guess I gotta show you."  (Video then attached to message described below). "What kind of attention did you expect being as hot as you are?"  In the video, an unknown male is seen ejaculating on a computer screen that displays AV-1's Facebook photograph.  AV-1 attempted to obtain identifying information from the sender, but the sender did not identify himself.  AV-1 blocked the number.  AV-1 reported that the message was marked "Private," which AV-1 understood to mean that the message was from her circle of friends on SnapChat.

11.     On October 28, 2020, AV-1 received a second series of sexually explicit messages but this time from a different unknown phone number.  Based on the content of the messages received, AV-1 believed it was from the same sender. In this series of messages, AV-1 received another video of an unknown male

4

ejaculating on a computer screen that displayed AV-1's Facebook photograph. However, the individual in this video appeared to be of a different race. The images in the messages were again marked as "Private." AV-1 replied to the sender advising that she would block the sender. The sender replied, "I'll find more ways to contact you. And one day I will find you. And you will take my cock and I know you're just going to love it. Talk to you later. Be sure to enjoy all that cum sprayed on your young beautiful face until next time we talk."

12.    On April 15, 2021, AV-1 was contacted via Facebook by Individual 1, an individual she does not know. Individual 1 identified himself as a friend of MASON ALEXANDER REWITZER. Individual 1 wrote that REWITZER was posting pictures of AV-1 and other girls on WEBSITE 1[1], a sexually explicit website. REWITZER had two accounts on this website where he asked other users of the website to send him pictures or videos of users ejaculating on their pictures. REWITZER posted, "Jerk/cock/cum any of these pics I'll send them to her and send you her reaction." REWITZER posted photos of other girls in addition to AV-1.

13.    Individual 1 confronted REWITZER about the posts and REWITZER supposedly deleted his two accounts. Individual 1 sent AV-1 screenshots of the

---

[1] WEBSITE 1 is known to law enforcement but is redacted here as it is a sexually explicit forum website centered around the activity described above.

posts on WEBSITE 1.  The posts contained images of AV-1 taken from her

Facebook page.  AV-1 knew REWITZER from high school.

14.     NMUPD determined the telephone number used was associated with

******4401@gmail.com with a registration IP address as the same IP address

mentioned above when used to distribute child pornography via Kik.  As

previously mentioned, this email address was associated with MASON

ALEXANDER REWITZER.

15.     REWITZER was present at his home in the Eastern District of

Michigan during execution of the federal search warrant on November 17, 2021.

REWITZER was interviewed by me and Task Force Officer John Alverson.

During the interview, REWITZER made the following statements:

    a.    REWITZER used the Kik Account "diglers****";

    b.    REWITZER used the email address ******4401@gmail.com;

    c.    REWITZER began using Kik approximately two or three years ago;

    d.    REWITZER belonged to private groups on Kik for the purpose of viewing and downloading child pornography.  One of the groups had a description of "no lim," which meant "no limit." Another group had the descriptor "MAP," which meant "Minor Attracted Person."  And another group used the acronym "AAM," which stood for "Adult Attracted Minor."  These terms were used on Kik as well as other sites where people searched and traded child pornography;

6

    e.      REWITZER could not estimate how many images and videos of child pornography he downloaded because when viewing files, a preview was not always available. He "blindly" downloaded files and had no idea exactly what he was downloading;

    f.      REWITZER used his computer, a duel-ended thumb drive and his iPhone to download and view child pornography. These items were located and seized by law enforcement;

    g.      REWITZER had three accounts on WEBSITE 1;

    h.      REWITZER posted AV-1's photographs on WEBSITE 1 and solicited males to masturbate and ejaculate onto her photograph. He sent AV-1 photos of her with a penis or a penis ejaculating onto her photos; and

    i.      REWITZER could not recall how many different girls photographs he posted on WEBSITE 1, however, he estimated it was less than ten.

## CONCLUSION

16.    Based upon the foregoing, there is probable cause to believe that REWITZER has received, distributed, and possessed child pornography and furthermore saved the images in an effort to preserve the digital files on his electronic devices. There is also probable cause that he cyberstalked an adult victim and made threats in interstate commerce. Furthermore, I believe that based on IP address information and REWITZER's statements that REWITZER was in the Eastern District of Michigan when he committed these offenses.

17.     For those reasons, I believe that there is probable cause that

REWITZER has violated 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B), 18

U.S.C. § 2261A(2)(B), and 18 U.S.C. § 875(c).

Respectfully submitted,

Danielle A. Santia, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated:   January 31, 2022

8